Robert W. Norman, Jr. (SBN 232470)
Darlene M. Morris (SBN 340727)
HOUSER LLP
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112
E-Mail: dmorris@houser-law.com

Attorneys for Defendants,
Newrez LLC (fka Specialized Loan Servicing LLC) and FirstKey Master Funding 2021-A Collateral Trust, U.S. Bank Trust National Association as Collateral Trust Trustee

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. DONABEDIAN, individually and as representative of the classes,<br><br>Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC, and FIRSTKEY MASTER FUNDING 2021-A COLLATERAL TRUST, U.S. BANK TRUST NATIONAL ASSOCIATION AS COLLATERAL TRUST TRUSTEE,<br><br>Defendants. | Case No.: 8:24-cv-00319-AB-KESx<br>Assigned to: Hon. André Birotte Jr.<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE PURSUANT TO LOCAL RULE 16-15.7** |

1  Pursuant to Local Rules – Central District of California, Rule 16-15.7 the
2  parties in the above-captioned action have reached an agreement to settle all claims
3  between plaintiff CHRISTOPHER J. DONABEDIAN ("Plaintiff") and defendants
4  NEWREZ LLC (FKA SPECIALIZED LOAN SERVICING LLC) and FIRSTKEY
5  MASTER FUNDING 2021-A COLLATERAL TRUST, U.S. BANK TRUST
6  NATIONAL ASSOCIATION AS COLLATERAL TRUST TRUSTEE
7  ("Defendants") (collectively, the "Parties").

8  The settlement has been agreed to in principle and the Parties are in the
9  process of preparing and finalizing the Confidential Settlement and Release
10 Agreement and Request for Dismissal with Prejudice. The Parties intend to finalize
11 the agreement as soon as practicable, but respectfully request that the Parties are
12 given sixty (60) days to finalize the settlement documents and file the Request for
13 Dismissal. Accordingly, the Parties respectfully request that the Court vacate all
14 deadlines.

Dated: July 17, 2024                                Dated: July 17, 2024

**DEFENDANTS**                                      **PLAINTIFF**

 /s/ Darlene M. Morris                              /s/ Kristi C. Kelly
Robert W. Norman, Jr.                               Sophia M. Rios
Darlene M. Morris                                   Zachary M. Vaughan
*Attorneys for Defendants,*                         Kristi C. Kelly
*Newrez LLC (fka Specialized Loan*                  Casey S. Nash
*Servicing LLC) and FirstKey Master*                *Attorneys for Plaintiff,*
*Funding 2021-A Collateral Trust,*                  *Christopher J. Donabedian*
*U.S. Bank Trust National Association*
*as Collateral Trust Trustee*

## Signature Attestation

In accordance with Civil Local Rule 5-4.3.4(a)(2)(i) I, Darlene M. Morris, attests that Kristi C. Kelly, counsel of record for Plaintiff, Christopher J. Donabedian, concurs in this filing's content and has authorized the filing.

Dated: July 17, 2024					HOUSER LLP

						 /s/ Darlene M. Morris
						Robert W. Norman, Jr.
						Darlene M. Morris
						*Attorneys for Defendants,*
						*Newrez LLC (fka Specialized Loan*
						*Servicing LLC) and FirstKey Master*
						*Funding 2021-A Collateral Trust,*
						*U.S. Bank Trust National*
						*Association as Collateral Trust*
						*Trustee*

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 9970 Research Drive, Irvine, CA 92618.

On July 17, 2024 I served the following document(s) described as follows:

**NOTICE OF SETTLEMENT OF ENTIRE CASE PURSUANT TO LOCAL RULE 16-15.7**

On the following interested parties in this action:

| | |
|---|---|
| Sophia Marie Rios<br>Zachary M. Vaughan<br>Berger Montague PC<br>401 B Street Suite 2000<br>San Diego, CA 92101<br>Email: srios@bm.net<br>Email: zvaughan@bm.net<br>*Attorneys for Plaintiff* | Kristi C. Kelly<br>Casey S. Nash<br>Kelly Guzzo PLC<br>3925 Chain Bridge Road, Suite 202<br>Fairfax, VA 22030<br>Email: kkelly@kellyguzzo.com<br>Email: casey@kellyguzzo.com<br>*Attorneys for Plaintiff* |

Zachary M. Vaughan
Berger Montague PC
2001 Pennsylvania Ave NW, Suite 300
Washington, DC 20006
Email: zvaughan@bm.net
*Attorneys for Plaintiff*

☒   <u>E-FILING</u>—By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct. Executed on July 17, 2024 at Irvine, California.

_____
Courtney Hershey